1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD MAQUINALES,                          No.  2:13-cv-2448 AC P

12                Plaintiff,

13         v.                                       ORDER

14    DAVID I. ROHRDANZ, et al.,

15                Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

19    alleges violations of his civil rights by defendants.  The alleged violations took place while an

20    inmate at Pleasant Valley State Prison located in Fresno County, which is part of the Fresno

21    Division of the United States District Court for the Eastern District of California.  See Local Rule

22    120(d).

23         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24    division of a court may, on the court's own motion, be transferred to the proper division of the

25    court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

26    1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

27    forma pauperis.

28         Good cause appearing, IT IS HEREBY ORDERED that:

1

1      1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

2      2.  This action is transferred to the United States District Court for the Eastern District of

3  California sitting in Fresno; and

4      3.  All future filings shall reference the new Fresno case number assigned and shall be

5  filed at:

                United States District Court
6               Eastern District of California
                2500 Tulare Street
7               Fresno, CA 93721

8  DATED: December 4, 2013

9                                              _____
                                               ALLISON CLAIRE
10                                             UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28